# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1581
Lower Tribunal No. 2023-CF-000051-A

_____

ROBERT ANTHONY TANAKA, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

June 19, 2026

PER CURIAM.

AFFIRMED. *See* § 381.986, Fla. Stat. (2023) ("'Medical use' means the acquisition, possession, use, delivery, transfer, or administration of marijuana authorized by a physician certification. The term does not include: . . . [the use] or administration of marijuana in the following locations: . . . [i]n a school bus, *a vehicle*, an aircraft, or a motorboat, except for low-THC cannabis not in a form for smoking." (emphasis added)).

WOZNIAK, SMITH and BROWNLEE, JJ., concur.

Blair Allen, Public Defender, and Michael J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED